IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------X
In re:                                                        :
                                                              :   Chapter 11
    LBI MEDIA, INC., *et al.*                             :
                                                              :   Case No. 18-12655 (CSS)
    Debtors.[1]                                           :
----------------------------------------------------------------X
CASPIAN SELECT CREDIT MASTER FUND,                            :   Adv. Case No. 19-50007 (CSS)
LTD., CASPIAN SOLITUDE MASTER FUND,                           :
L.P., SUPER CASPIAN CAYMAN FUND                               :   **Re: D.I. 29**
LIMITED, CASPIAN HLSC1, LLC, CASPIAN SC                       :
HOLDINGS, L.P., CASPIAN FOCUSED                               :
OPPORTUNITIES FUND, L.P., MARINER LDC,                        :
BLACKSTONE DIVERSIFIED MULTI                                  :
STRATEGY FUND, BLACKSTONE                                     :
ALTERNATIVE MULTI-STRATEGY SUB                                :
FUND IV L.L.C.,[2] LATIGO ULTRA MASTER                        :
FUND, LTD., CROWN MANAGED ACCOUNTS                            :
SPC ACTING FOR AND ON BEHALF OF                               :
CROWN/LATIGO SEGREGATED PORTFOLIO,                            :
ARCHVIEW FUND L.P., ARCHVIEW MASTER                           :
FUND LTD, ARCHVIEW ERISA MASTER                               :
FUND LTD., ARCHVIEW CREDIT                                    :
OPPORTUNITIES FUND I L.P., YORK CREDIT                        :
OPPORTUNITIES FUND, L.P., YORK GLOBAL                         :
CREDIT INCOME MASTER FUND, L.P.,                              :
YORK CREDIT OPPORTUNITIES                                     :
INVESTMENTS MASTER FUND, L.P., EXUMA                          :

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537). The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

[2]     Plaintiffs Blackstone Diversified Multi Strategy Fund and Blackstone Alternative Multi-Strategy Sub Fund IV L.L.C. are participants in this matter through positions held in accounts managed on a discretionary basis by Caspian Capital LP, which also manages Plaintiffs Caspian Select Credit Master Fund, Ltd., Caspian Solitude Master Fund, L.P., Super Caspian Cayman Fund Limited, Caspian HLSC1, LLC, Caspian SC Holding, L.P., Caspian Focused Opportunities Fund, L.P., and Mariner LDC.

| | |
|---|---|
| CAPITAL, L.P., RIVA RIDGE RECOVERY FUND LLC, KILDONAN CASTLE GLOBAL CREDIT OPPORTUNITY MASTER FUND, LTD., and KILDONAN QUEBEC FUND LTD., | : : : : : |
| Plaintiffs, | : : |
| -against- | : : : |
| LBI MEDIA, INC., LENARD LIBERMAN, JOSE LIBERMAN, WINTER HORTON, ROCKARD DELGADILLO, PETER CONNOY, NEAL GOLDMAN, and HPS INVESTMENT PARTNERS, LLC, | : : : : : : |
| Defendants. | : : |

-------------------------------------------------------------X

**ORDER APPROVING STIPULATION BETWEEN THE PLAINTIFFS, DEBTORS, HPS AND THE DEFENDANT DIRECTORS EXTENDING (I) THE OBJECTION AND REPLY DEADLINES WITH RESPECT TO THE MOTIONS TO DISMISS AND (II) THE DEADLINE TO AMEND THE COMPLAINT**

Upon consideration of the Stipulation attached hereto as **Exhibit 1**; and after due deliberation; and it appearing that sufficient cause exists for granting the relief requested by the parties in the Stipulation, it is hereby:

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Stipulation attached hereto as **Exhibit 1** is APPROVED.

2. The Court will retain jurisdiction with respect to all matters arising from or related to the enforcement or interpretation of this Order.

Dated: 3/20/19
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE