## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------X
In re:                                                     :
                                                           :   Chapter 11
        LBI MEDIA, INC., et al.                            :
                                                           :   Case No. 18-12655 (CSS)
        Debtors.¹                                          :
-----------------------------------------------------------X
CASPIAN SELECT CREDIT MASTER FUND,                         :
LTD., ET AL.,                                              :
                                                           :
                                Plaintiffs,                :   Adv. Case No. 19-50007 (CSS)
                                                           :
                -against-                                  :
                                                           :
LBI MEDIA, INC., LENARD LIBERMAN,                          :
JOSE LIBERMAN, WINTER HORTON,                              :
ROCKARD DELGADILLO, PETER CONNOY,                          :
NEAL GOLDMAN, and HPS INVESTMENT                           :
PARTNERS, LLC,                                             :
                                                           :
                                Defendants.                :
                                                           :
-----------------------------------------------------------X
```

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to

the above-captioned adversary proceeding, by and through their undersigned counsel, that

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 7041 of the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: LBI Media, Inc. (8901); Liberman Broadcasting, Inc. (8078); LBI Media Holdings, Inc. (4918); LBI Media Intermediate Holdings, Inc. (9635); Empire Burbank Studios LLC (4443); Liberman Broadcasting of California LLC (1156); LBI Radio License LLC (8905); Liberman Broadcasting of Houston LLC (6005); Liberman Broadcasting of Houston License LLC (6277); Liberman Television of Houston LLC (2887); KZJL License LLC (2880); Liberman Television LLC (8919); KRCA Television LLC (4579); KRCA License LLC (8917); Liberman Television of Dallas LLC (6163); Liberman Television of Dallas License LLC (1566); Liberman Broadcasting of Dallas LLC (6468); and Liberman Broadcasting of Dallas License LLC (6537). The Debtors' mailing address is 1845 West Empire Avenue, Burbank, California 91504.

Federal Rules of Bankruptcy Procedure, the parties have agreed to dismiss this adversary proceeding with prejudice.

Dated: December 27, 2019

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Andrew R. Remming*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Paige N. Topper (No. 6470)
1201 N. Market Street, PO Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
rdehney@mnat.com
aremming@mnat.com
ptopper@mnat.com

- and -

BOIES SCHILLER FLEXNER LLP
Jaime D. Sneider
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Facsimile: (212) 446-2350
jsneider@bsfllp.com

- and -

BOIES SCHILLER FLEXNER LLP
Robin A. Henry
Marc V. Ayala
333 Main Street
Armonk, NY 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
rhenry@bsfllp.com
mayala@bsfllp.com

*Counsel for Plaintiffs*

**RICHARDS, LAYTON & FINGER, PA**

*/s/ Zachary I. Shapiro*
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Brendan J. Schlauch (No. 6115)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
defranceschi@rlf.com
shapiro@rlf.com
schlauch@rlf.com

- and -

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C.
Garrett A. Fail
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
ray.schrock@weil.com
garrett.fail@weil.com

*Counsel to the Debtors*

- and -

**POTTER ANDERSON & CORROON LLP**

/s/ *Christopher M. Samis*

Christopher M. Samis (No. 4909)
Aaron H. Stulman (No. 5807)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
csamis@potteranderson.com
astulman@potteranderson.com

- and -

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Richard I. Werder, Jr., Esq.
Brian Campbell, Esq.
Robert Longtin, Esq.
51 Madison Avenue, 22nd Floor
New York, New York 10016
Telephone: (212) 849-7000
rickwerder@quinnemanuel.com
briancampbell@quinnemanuel.com
robertlongtin@quinnemanuel.com

*Attorneys for Defendant Lenard Liberman,
Jose Liberman, Winter Horton, Peter
Connoy and Rockard Delgadillo*

**YOUNG CONAWAY STARGATT
& TAYLOR, LLP**

/s/ *Pauline K. Morgan*

Pauline K. Morgan, Esq. (No. 3650)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
pmorgan@ycst.com

- and -

MOLOLAMKEN LLP
Steven F. Molo
Justin M. Ellis
430 Park Avenue
New York, New York 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
smolo@mololamken.com
jellis@mololamken.com

*Counsel to HPS Investment Partners, LLC and
Ankura Trust Company, LLC*

- and -

**MORRIS JAMES LLP**

/s/ *Jeffrey R. Waxman*

Jeffrey R. Waxman (No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
jwaxman@morrisjames.com

- and -

MILBANK LLP
Dennis F. Dunne, Esquire
Andrew M. Leblanc, Esquire
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5000
Facsimile: (212) 822-5846

ddunne@milbank.com
aleblanc@milbank.com

*Attorneys for Neal Goldman*

13172884